**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Johnny Mack BROWN, Defendant—
Appellant.**

**No. 08–7730.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 30, 2009.

Decided: Feb. 24, 2009.

Johnny Mack Brown, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Mack Brown appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No.

3:94–cr–00027–jpj–1, 2008 WL 2953733 (W.D.Va. July 30, 2008). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*